UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN L. TRENT,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RONALD HAYNES et al.,<br><br>　　　　　　Defendant. | CASE NO. 3:21-cv-05628-LK<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

　　　Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

　　　(1) The Court ADOPTS the Report and Recommendation.

　　　(2) Plaintiff's Complaint, Dkt. No. 4, and this action are DISMISSED without prejudice, for failure to prosecute.

　　　(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

ORDER DISMISSING CIVIL RIGHTS ACTION - 1

Dated this 7th day of February, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER DISMISSING CIVIL RIGHTS ACTION - 2